NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ISAAC HILLERY, DOC #522443,                )
                                            )
                Appellant,                  )
                                            )
v.                                          )        Case No. 2D18-259
                                            )
STATE OF FLORIDA,                           )
                                            )
                Appellee.                   )
_____ )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Isaac Hillery, pro se.


PER CURIAM.


                Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.